

**STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES**

**Health Care Policy
No. HCP18**



**06 May 2011**

**INSTITUTIONAL SERVICES / HEALTH CARE POLICIES
Health Care Policy – Care and Treatment of Patients
Duty Status Classification System**

1. **OBJECTIVE:** To state the general guidelines regarding the duty status classification system and to assist the Classification Department in placing offenders in appropriate duty assignments.

2. **REFERENCES:** ACA Standards 4-4365 and 4-4371 (Adult Correctional Institutions) and Health Care Policy Nos. IS-D-2-HCP15 "Continuity of Care," HCP16 "Health Screens, Appraisals and Examinations," HCP35 "Elective Procedures, Prostheses and Orthodontic Devices," AM-D-5 "Offender Medical Records" and HCP8 "Heat Pathology."

3. **POLICY:** It is the Secretary's policy that each offender shall be assigned a duty status based on their health condition (i.e. medical, mental health, dental or related.)

4. **APPLICABILITY:** Deputy Secretary, Chief of Operations, Department's Medical/Mental Health Director, Regional Wardens and Wardens. Each Warden is responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this policy.

5. **PROCEDURES:** Determination of an offender's duty status is the responsibility of the direct health care staff at the institution where the offender is housed. A duty status shall only be given by the Department's direct health care staff or by contractors working as primary care providers for the Department. On-site or off-site consultants shall not assign a duty status. Consultant evaluations shall be reviewed by the direct health care staff who shall determine the appropriate duty status. The duty status issued by the receiving institution supersedes any prior duty status.

    A. As part of the direct health care staff's intake review, a non-confidential summary of potential restrictions in duty assignment based upon health care factors shall be furnished to the Classification Department utilizing the Offender Duty Status (Form HCP18-a) for use in initial and re-classification decision making.

Exhibit "A"

**Health Care Policy No. HCP18**
**06 May 2011**
**Page Two**

- B. Offenders can not refuse an assigned duty status.

- C. Duty statuses are assigned based on an offender's health condition and are subject to change according to changes in an offender's health (including permanently assigned duty statuses.) However, duty statuses shall not be changed due to any other non-health related reason (i.e. to grant certain privileges such as participation in sports or to obtain desired housing assignments, etc.)

- D. A duty status can be changed after a clinical examination or medical record review by the direct health care staff. When a change is made, the reason shall be documented in the offender's medical record.

- E. Health care staff shall not recommend specific duty assignments for offenders (i.e. dorm orderly, kitchen worker, etc.) The Classification Department shall use an offender's assigned duty status as a guide when placing offenders in duty assignments.

- F. Health care staff shall be cautious when choosing words to describe a duty status restriction. For example, instead of using "no sitting" which would indicate that an offender can never sit down, health care staff shall use more suitable phrasing such as "avoid jobs that require prolonged sitting." Additionally, phrases such as "no walking more than 100 yards," "no standing for more than 30 minutes" or "no lifting more than 25 pounds" should generally be avoided, as there is a lack of medical literature to substantiate such specific limitations.

- G. An offender shall be assigned one of the following duty statuses:

    1) Regular Duty-No Restrictions

    2) Regular Duty-With Restrictions

    Offenders assigned this duty status are able to perform full-time work or education assignments, but may be restricted from certain aspects of work, sports and recreational activities due to health-related reasons. For example, offenders on Coumadin (a type of blood thinner medication), shall not be allowed to participate in contact sports or an otherwise healthy offender with a seizure disorder shall not be allowed to drive a motorized vehicle, etc.

**Health Care Policy No. HCP18**
**06 May 2011**
**Page Three**

3) Limited Duty

   Offenders assigned this duty status are unable to perform full-time work or educational assignments due to health-related reasons. This duty status may also include further restrictions regarding work, sports and recreational activities.

4) No Duty

   Offenders assigned this duty status are unable to perform any work or educational assignment due to health-related reasons. This duty status shall be ordered on very rare occasions when no other duty status is appropriate. Participation in sports or recreational activities is prohibited.

5) No Duty/Bed Rest

   Offenders assigned this duty status shall be restricted to their beds. They shall be allowed out of bed only for pill call, meals, bathroom privileges, roll calls and medical callouts. Participation in sports or recreational activities is prohibited.

6) Temporary

   Activities of offenders assigned this duty status are severely restricted on a temporary basis for a time period of less than three months. Participation in sports and recreational activities is prohibited.

s/James M. Le Blanc
Secretary

Form:    HCP18-a    Offender Duty Status

This policy supersedes Health Care Policy No. HC-15 dated 01 August 2002.

**Reviewed as of: October 1, 2019**