

| October 25, 2018 | CHAPTER:<br>SECURITY AND CONTROL | DIRECTIVE NO.<br><br>09.036 |
| --- | --- | --- |
| LOUISIANA STATE PENITENTIARY | SUBJECT:<br>HOBBYSHOP OPERATIONS | ACA STANDARD: |
| | REFERENCE:<br>    Department Regulation No. C-03-007 (IS-A-3);<br>    Penitentiary Directive No. 08.006, 09.026,<br>    09.036/A; Offender Posted Policies | |

PURPOSE:  To establish and outline the institution's policy pertaining to the safe and secure operation of hobbyshops.

APPLICABILITY:   It is the responsibility of the Assistant Warden in charge of each living area to ensure that offender hobbyshops are operated in compliance with all applicable policies.

POLICY:   It is the policy of Louisiana State Penitentiary that offender hobbyshops are operated in such a manner as to ensure the safety of offenders utilizing the hobbyshops while maintaining the necessary level of security supervision.  This will include the <u>temporary</u> interruption of an offender utilizing the hobbyshop when under medical care and/or treatment, requiring a duty status, until such time as the offender is returned to regular duty without restrictions.

Area supervisors are responsible for maintaining appropriate records such as, but not limited to, offender waiting lists, hold harmless agreements, tool control inventories, flammables, toxins and caustics control, inventories, and all other rules and procedures concerning hobbyshops.

Generally, crafts produced by offenders participating in hobbycraft activities at Louisiana State Penitentiary will be contingent on those crafts being available for retail sale at the Angola Prison Rodeo and Arts and Crafts Festival.

PROCEDURE:

A.    GENERAL

1.    Fire and emergency evacuation routes must be posted at all times inside hobbyshops indicating routes of emergency evacuation.

2.    At no time will offenders be locked in a hobbyshop without an officer present with the keys necessary to unlock emergency exits.  Keys to emergency exits of hobbyshops where the primary entrance remains unlocked must be immediately available to provide a means of unlocking emergency exits for possible emergency access.

Exhibit "B"

Penitentiary Directive No. 09.036
October 25, 2018
Page 2 of 5

3.    All hobbyshops are to be operated in such a manner as to ensure that proper level of security supervision is provided.

4.    No offender receiving medical care and/or treatment requiring a restriction in the offender's regular duties will be allowed to utilize the hobbyshops, until such time the offender is returned to regular duty without restrictions.

5.    Inmates with hobbyshop privileges are not allowed to trade, gamble, give or barter for another offenders tools, nor will they be allowed to store another offender's tools or hobbycraft items in their hobbyshop box.  Offenders found violating this rule will immediately lose their hobbyshop privileges.

B.    HOBBY SHOP ASSIGNMENT

1.    Supervisors shall establish and maintain waiting lists of offenders desiring to participate in hobbyshop activities.  Assignments shall be administered on a first come/first serve basis.  Prior to an offender being assigned a hobbyshop box, Supervisors will ensure that:

      a.    All offenders participating in hobbyshop activities sign the required Hold Harmless Agreements.

      b.    All offenders participating in hobbyshop activities sign the required Acknowledgement of Liability.

            Effective June 2006, Supervisors will ensure that offenders currently participating in hobbyshop activities sign the required Acknowledgement of Liability.

      c.    All offenders participating in hobbyshop activities sign a statement that he will not trade, gamble, give or barter for another offenders tools, not will he store another offender's tools in his hobbyshop box.

C.    TOOL CONTROL INVENTORY

1.    Supervisors shall ensure assigned hobbyshops are in compliance with all applicable policies.

2.    Supervisors shall ensure that all hobbyshop boxes have accurate up-to-date inventories of all hobbycraft tools purchased by the inmate assigned to that box. These inventories are displayed on the inside door of assigned boxes.  Inventory lists will be kept by offenders with duplicate copies of inventories maintained by supervisors to ensure compliance.

Penitentiary Directive No. 09.036
October 25, 2018
Page 3 of 5

3.    All offender tools will be inventoried by security on a monthly basis, except for the K-9 Training Center, which will be inventoried on a quarterly basis. Random inventory checks will be conducted on a weekly basis. Officers will sign hobbyshop inventories to verify all tools are accurate when checks are performed.

    a.    Any tools stored in the hobbyshop box which are not on inventory sheets will be confiscated.

    b.    Any tool(s) on inventory sheets, but not in lockers, will be investigated. Disciplinary action will be taken upon locating the tool against all offenders who stored the tool(s) improperly. Hobbyshop privileges may be suspended or terminated for all offenders involved in improper storage of the tool(s).

4.    All changes in the inventory must be made known to the Correctional Officer assigned to the hobbyshop by providing proof of purchase or mail room receipt for additional inventory items so that the inventory can be adjusted.

D.    FLAMMABLES, TOXINS, AND CAUSTICS (FTC) CONTROL AND INVENTORY

1.    All flammables, toxins, and caustics will be properly secured and stored in original container in an approved storage locker at all times when not in use.

2.    Security shall be responsible for issuance of these items.

    a.    Material Safety Data Sheets (MSDS) must be available for all grinding wheels/stones, liquids, semi-liquids, pastes, powders, chemicals, and/or petroleum based products. MSDS shall be turned in to and maintained by the area supervisor. A complete set of MSDS will be placed in a binder located near the flammable cabinet. MSDS should be available to all offenders and officers in the hobbyshop.

    b.    Security shall conduct periodic checks of flammables, toxins, and caustics to ensure offenders are in compliance with applicable policies. This will include checking to ensure that no FTC's are kept in the hobbyshop boxes.

    c.    Security will account for all FTC's on a monthly basis. Cabinets will be inventoried and officers conducting these inventories will sign them to verify all FTC's are accurate.

3.    All approved hobbycraft items must fit in the hobbycraft box storage provided. These cabinets must be secured with a lock when not in use.

Penitentiary Directive No. 09.036
October 25, 2018
Page 4 of 5


E.    HOBBYCRAFT LIST

    1.    Offenders must seek the approval of the Assistant Warden over that area before requesting an item not listed on the approved hobbycraft list.  The Assistant Warden must sign the hobbycraft permit prior to ordering the item.

        No aerosols of any kind are permitted.

    2.    The items on the attached list (Approved Hobbycraft Supply and Equipment List) may be ordered by offenders.

    3.    Offenders must show proof of purchase on all tools.  Any tools, motors, or instruments which are homemade or modified are subject to confiscation and disciplinary action.

        All tools that do not conform to this list must be sent home by the offender at his own expense.  Any item not conforming to this policy and found in the possession of an offender will be confiscated and disposed of in accordance with Department Regulation No. C-03-007.  Offenders will be subject to disciplinary action as defined in the Disciplinary Rules and Procedures for Adult Offenders.

F.    TOOL REPAIR/PARTS

    1.    Offenders who need parts or repair for approved hobbycraft tools will follow the below procedure:

        a.    The offender will prepare a Hobbycraft Order & Permit Form (see attached) with a drawslip listing the parts/repair needed, the type tool (include the serial number), part number, and the company that can provide the needed parts or repair.  The Lt. Colonel, Colonel or Assistant Warden of the housing area is authorized to approve the permit, after verifying the address of the company.  The offender is responsible for sending a copy of the permit to the Package Department, and the drawslip with the original permit to Offender Accounts.  If the tool must be mailed out for repair, the offender is responsible for coordinating the mailing of the tool through the package personnel at that location.

        b.    There will not be a list of authorized vendors for repairs or parts.

        c.    If the company cannot repair the tool, and must return a new or reconditioned item or the company the tool or part was originally mailed to is unable to repair the item and must mail it to a service center, it will be permitted provided it meets the institutional requirements for that tool and appropriate paperwork is included in the package.

Penitentiary Directive No. 09.036
October 25, 2018
Page 5 of 5


G.    VIOLATIONS

1.    Failure to comply with applicable policies related to hobbyshops, including the storage of hobbycraft tools belonging to another offender or trading, gambling, giving or bartering for another offender's tools or hobbycraft items, will be subject to Disciplinary Rules and Procedures for Adult Offenders.  In addition, hobbyshop privileges will be suspended or terminated for those offenders who do not comply with hobbyshop rules and policies.

2.    Employees failing to comply with policies and procedures relating to the hobbyshop will be subject to disciplinary action as well.

H.    HOBBYCRAFT VENDOR LIST

The approved Hobbycraft Vendor List is attached to this penitentiary directive and will be updated as necessary.

I.    LIABILITY

The loss of hobbyshop items is limited to a maximum reimbursement of $250.00 (replacement cost per item shall not exceed $50.00 up to a maximum of $250.00 for multiple items lost, regardless of the quantity).


Darrel Vannoy
Warden


Attachment:        Approved Hobbycraft Supply and Equipment List
                   Hobbycraft Order & Permit Form
        :          Hobbycraft Vendor List
                   Hobbyshop Agreement
                   Hobbyshop Hold Harmless
                   Acknowledgement of Liability
                   Initial Hobbyshop Orientation and Safety Training
                   Hobbyshop Tool Inventory
                   Hobbyshop FTC Inventory


**This policy supersedes Penitentiary Directive No. 09.036 dated June 21, 2006.**

LOUISIANA STATE PENITENTIARY

# APPROVED HOBBYCRAFT SUPPLY AND EQUIPMENT LIST

## GENERAL SUPPLIES AND EQUIPMENT

Desk Lamps (110 volt with or without magnifying glass, standard or swing arm style, replacement bulbs)
Dust Masks
Magnifying Glasses (standard for flip up style)
Reusable Ear Plugs
Safety Glasses

## OIL, ENAMEL, WATER COLOR AND ACRYLIC PAINTS

Acrylic Mediums (all)
Acrylic Retarder (water based)
Air Guns
Canvas
Canvas Pliers (no cutting edge, 6" maximum)
Damer Varnish
Deluxe Button Machine
Designer Gouche (paints)
Erasing Shields
Masking Fluid (water based)
Matt Cutter (no blade over 1 1/2")
Matte Finishes
Ox Gall Liquid (water based)
Palette (cups for holding mediums)
Palettes (for holding paints)
Polyurethane Varnish
Rulers or Squares (plastic)
X-acto Knives & Blades (no blade over 1 1/2", limit 3 handles)

## CLOCK PARTS

Batteries for Movements
Faces
Hands
Hangers
Movements
Music Box Movements
Pendulums and Weights
Prints

## ITEMS FOR NEEDLE CRAFT

Crewel Embroidery Needles (plastic only, maximum overall length 3")
Crochet Needle (plastic only, 6" overall length)
Hoop
Knitting Needles (curve and straight, plastic only, maximum length 14")
Latch Hooks (plastic only, not to exceed 7" overall length)
Seam Ripper, Threader
Sewing Guide
Yarn, Thread

## COMMUNITY HOBBYSHOP ITEMS

Shop Vacuum Cleaner (5 gallon capacity - 1 per hobbyshop)
Table Saw (10" - 1 per hobbyshop)
MUST BE PURCHASED BY INMATE WELFARE FUND

## MOTORIZED HOBBYCRAFT TOOLS

1 - Buffing and Sanding Motor (small 1/2 h.p., 4" - 7" in diameter or smaller)
1 - Electric Hand Drill (1/4 h.p. maximum, 25,000 RPM's maximum, 1/2" drive, reversible, drill bit sets not to exceed 1/2")
1 - Engraver Machine (110 volts and tips)
1 - Flex Shaft
1 - Jig Saw
1 - Rotary Tool (variable speed, electric, fixed cord only, flex shaft not to exceed 48" length, no battery operated, no removable electric wires
1 - Router (small, not to exceed 1 3/4 h.p., 11 amps, 1/2 to 1/4 collet, maximum 27,000 RPM)
1 - Sander (vibrating only)
1 - Scroll Saw (small, not to exceed 16" including blades)
1 - Sewing Machine (portable models only, foot control)
1 - Small Electric Motor (not to exceed 8" in length, 6" in height, 18,000 RPM's maximum, not to exceed 1/2 h.p. maximum, shaft size 1/2" includes bench top buffer, sander, polisher, polishing lathe)
1 - Soldering Gun
1 - Stylus, Electric
1 - Wood Burner (110 volts)

## ITEMS FOR CERAMIC CRAFTS

Ceramic Craft Set (tools no longer than 6" overall including blade)
Ceramic Glaze
Ceramic Starter Brush Set
Liquid Ceramic Color Coating

Modeling Clay
Molds (non offensive, no human head or bust molds, no human body parts, i.e., hands, feet, etc.)
Molds, Candle (wax, wicks, fragrance oils)

Paints
Plaster of Paris
Silk Vestment
Slip/Mud
Sponges

## DRAWING MEDIUMS

Air Brush Inks (may also be used in some pens)
Air Brushes
Blenders (rolled up cardboard)
Cellophane (clear or colored)
Clamps (spring, web, angle, bar, "c", corner, pipe, and ring)
Domed Glass Covers
Drawing Inks (assorted colors)
Erasers
Glue
Heat Gun
Hoses (25' maximum for air compressors, connections, clamps, air regulators and gauges)
Lettering Points for Pens

Masking Films
Masonite Panels
Mattes Framing
Mirrors
Paint (water color)
Paint Brushes
Paper
Pastels
Pen Cleaner (liquid soap)
Pencil Sharpener
Pencils (various types)
Pens (technical or drafting, and calligraphy with ink)
Plastic Squares and Rulers

Plexi-Glass (up to 1/8" maximum thickness, size 4' x 4' maximum)
Portable Wooden Easel
Sketch Pads
Sponges
Tape (scotch, colored)
Tape Measure (plastic, cloth or paper, not to exceed 12')
Templates
Tracing Paper
Transfer Letters
Transfer Paper
Varnish

## ITEMS FOR METAL WORK

Bails
Beading Wire
Bead Reamers
Beads
Belt Buckles (standard buckle 1 1/2" x 2 1/2" maximum)
Buffing and Bobbing Components
Casting Grain
Clasp
Cratex Wheels
Ear Wire/Posts
Epoxy
Epoxy Resin (colored)
Flux
Investment Powder for Jewelry

Jewelers Files (6" overall length)
Jewelers Metal
Jewelers Rouge
Jewelers Saw (not to exceed 6" throat depth)
Jewelers Saw Blades
Jewelers Stones
Jewelers Wax
Lacquer Thinner and Other Thinners (as long as supplied by company with MSDS)
Lopes (not to exceed 15 power)
Mineral Spirits
Polishing Wheel
Ring Clamps
Ring Mandrel (not to exceed 16" overall length, wooden only)

Ring Mounts
Sandpaper Disks and Cones
Separating Disks
Solder
Stainless Steel Sheets (not to exceed 1/8" maximum thickness, 12" square)
Stone Settings
Turpentine
Uncompleted Jewelry Chains (1/4 diameter rolls or specified lengths)
Wire (10' length, stainless, aluminum, gold, silver, copper, brass, nickel, base metal, patter, etc.)
All other accessories for making necklaces, rings and earrings

## TOOLS FOR LEATHER CRAFT AND WOOD CRAFT

Acrylic Wax for Leather
Adjustable V Gauge
Assorted Artist Brushes
Beeswax
Bevel Eze Edger (2" blade)
Block Planer - 6"
Buffer Wheels for Small Electric Motor (felt buffer, rag buffer, not to exceed 8")
Coping Saw (with 6" throat and blades)
Craft Aids
Craftools
Craft Tool Adjustable Creaser
Craft Tool Edge Cutter
Craft Tool Modeling Tool (#8034)
Daubers
Drive Punches
Electric Soldering Iron (no gas or butane)
French Edge Skiving Tool (2" blade)
Hammers (wooden or leather mallets only, no claw or ball-peen hammers)
Hand Stitching Awl #12 (sewing)
Leather and Wood Craft Hardware (nuts, bolts, clasps, hasps, catches, etc.)
Leather Cement and Thinner
Leather Dye and Paint
Leather/Hides (no uncured hides or skins)
Leather Knives (X-acto knife set, 1 1/2" blade, 3 handle limit)
Leather Punches (plier type or revolving)
Leather Stamp Tools and Swivel Knife (no blades over 1 1/2" long)
Leather Thread
Lumber/Wood (4' length maximum at Main Prison; 8' maximum at Outcamps)
Marble Slab

Mechanical Hand Drill (maximum capacity 1/2" no brace or bit, tool type)
Metal Backsaw (blade length 5", overall size including handle 9 3/4")
Nail Punch
Osborne Space Marker (#485)
Patterns
Plans (diagrams)
Pliers (no cutting edge, needle nose and regular, 6" maximum)
Poundo Board
Rulers (wood or plastic only)
Saddle Blanks
Saddle Soap
Sandpaper Disc and Cones
Scissors (blade length 3 1/2" from bolt with blunt ends)
Scratch Awl (with 1" blade)
Screwdrivers (jewelers type, standard only, 4" overall length)
Skife Knife
Snap Setters (hammer type)
Spray Gun (airbrush, 25" maximum, air hoses, air regulators and gauges)
Square (plastic only)
Stapler
Stitching Groover
Stitching Needles
Stitching Punches
Strap Cutter and Stripper (razor blade type)
Taper and Dove Tail Jigs
Vise Grips
Waxed Thread
Wing Divider (metal - none over 4", wood - none over 6")
Wood Glue

## MOTORIZED HOBBYCRAFT TOOL ACCESSORIES

Blades for approved Saws (scroll saw, jig saw, table saw)
Buffing, Sanding and Polishing Wheels (not to exceed 8")
Drill Accessories (arbor, not to exceed 1/2" shaft size; spindle, not to exceed 1/2" shaft size; chuck, not to exceed 1/2" shaft size, or 2" diameter; chuck keys, not to exceed 3" in length; mandrels, not to exceed 1/2" shaft size)
Drill Bits (wood, metal, and Forstner bits, not to exceed 1/2" shaft or 3" diameter)
Leather Belt and Strap Embosser and Embossing Rolls
Leather Hand Press and Accessories
Mandrels (burs)
Router Bits (not to exceed 3" length)

LSP-09.036-A
January 16, 2004

LOUISIANA STATE PENITENTIARY
# HOBBYCRAFT ORDER & PERMIT FORM

| OFFENDER'S NAME AND ADDRESS | VENDOR'S NAME AND ADDRESS |
|---|---|
| Offender's Name: _____ | Vendor: _____ |
| DOC #: _____ | Address: _____ |
| Location: _____ | City, State, Zip: _____ |
| Louisiana State Penitentiary Angola, LA  70712 | |

DATE SUBMITTED: _____

**SHIPPING INSTRUCTIONS:** All packages must be addressed with the complete offender address indicated above including the name of the institution.  All packages must include a receipt or shipping invoice.  Orders/permits without an approved signature are void.  No substitutions may be made.  Material Safety Data Sheet must accompany shipment.

| Catalog Order No. | Item Description | Qty. Req. | Unit | Item No. | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL COST | |

| APPROVED BY: | DATE: |
|---|---|
| _____ Major | |

Original and 1 copy with drawslip
cc:     Package Room
          Offender

# Hobbycraft Vendor List 10/18/2018

## *ART & PAINT SUPPLY*

Cheap Joe's Art Stuff, 374 Industrial Park Drive, Boone, NC 28607 phone (1-800-227-2788)
Coast Airbrush, 312 N. Anaheim Blvd., Anaheim, CA 92805 (714-635-5557)
Dick Blick, POB 1267, 864 Enterprise Ave., Galesburg, IL 61402-1267 (1-800-723-2787)
Dixie Art & Airbrush Supply, 5440 Mounes St. Ste. 114, New Orleans, LA 70123 (1-800-783-2612)
Jerry's Artarama, POB 58638, 5325 Departure Dr., Raleigh, NC 27658-8638 (1-800-827-8478)
Nasco **(Triarco)**, 901 Janesville Ave., POB 901, Ft. Atkinson, WI 53538-0901 (1-800-558-9595)
Sax Arts & Crafts, P.O. Box 510710, New Berlin, WI 53151
Texas Art Supply, 2001 Montrose Blvd., Houston, TX 77006 (713-526-5221)
Utrecht Mfg., 6 Corporate Dr., Cranbury, NJ 08512-3616 (1-800-223-9132)
**Triarco (Nasco), 9900 13th Ave. N, Suite 1015, Plymouth, MN 55441-5035 (1-800-328-3360)**

## *CANDLE MAKING*

GloryBee Foods, P.O. Box 2744, Eugene, OR 97402 (1-800-456-7923)
Deep Flex/Yaley Enterprises, 7664 Avianca Drive, Redding, CA 96002 (1-800-95-YALEY)

## *CERAMICS*

Continental Clay Co., 1101 Stinson Blvd. NE, Minneapolis, MN 55413 (612-331-9332)

## *CLOCKS*

Klockit, N3211 Cty Rd. H, Lake Geneva, WI 53147 (1-800-556-2548)
Turncraft, POB 70, Mound, MN 55364-0070 (1-800-441-9870)

## *GLASS & PLEXIGLASS WORKS*

Delphi Glass, 3380 E. Jolly Road, Lansing, MI 48910 (phone 1-800-248-2048 fax 1-800-748-0374)
Nasco **(Triarco)**, 901 Janesville Ave., POB 901, Ft. Atkinson, WI 53538-0901 (1-800-558-9595)

## *HORTICULTURE*

Growing Systems, 2950 N. Weil Street, Milwaukee, WI 53212 (414-263-3131)
Park Seed Wholesale & Growing Supplies, 2 Parkton Ave., Greenwood, SC 29647 (1-800-845-3366)

## *LEATHER WORKS*

Barta Hide, 888 Lakeville St., Petaluma, CA 94952-3328 (707-762-2965)
C.S. Osborne & Co., 125 Jersey St., Harrison, NJ 07029 (973-483-3232)
E.C. Leather Inc., 1924 East 6th St., Tulsa, OK 74104 (918-583-0292)
Hide Crafter Productions, 7936 Camp Bowie, Ft. Worth, TX 76116-6311 (817-878-5797)
Hide & Leather House, 870 W. Cienega Ave. Ste 7, San Dimas, CA 91773 (1-866-527-5467)
Leather Factory, 3847 E. Loop 820 South, POB 50429, Ft. Worth, TX 76119 (817-446-9483)
Leather Unlimited, 7155 Hwy. B, POB L, Belgium, WI 53004-0911 (1-800-993-2889)
**Mark Stanton Co., 111 Bourgue Rd., Lafayette, LA 70506 (1-800-224-2867)**
Mid-Continent Leather Sales, 11150 South 265th East Ave., Coweta, OK 74429 (1-800-926-2061)
Ohio Travel Bag, 6481 Davis Industrial Parkway, Solon, OH 44139-3547 (1-800-800-1941)
Springfield Leather, 1463 S. Glenstone, POB 3301, Springfield, MO 65808 (1-800-668-8518)
S.T. Leather Co., 830 S. 17th St., St. Louis, MO 63103 (1-800-381-5965)
Tandy Leather Co., c/o TLC Direct, 5882 E. Berry St., Ft. Worth, TX 76119
Tandy Leather Co., 1339 S.W. 59th St., Oklahoma City, OK 73119
Tandy Leather Co., 4960-K S 83rd E Ave., Tulsa, OK 74145 (1-800-450-8071)
The Leather Factory, 5617 Crawford St., Harahan, LA 70123 (504-733-8999)
Triple C Leather Co., 4209 Orange Cemetery Rd., Morgantown, KY 42261-9631 (1-800-624-7642)
Weaver Leather, POB 68, 7540 CR 201, Mt. Hope, OH 44660 (1-800-932-8371)

## *METAL WORKS/JEWELRY*

Au-Rus Wax Patterns, 302 Main Street, Kellogg, ID  83837 (208-786-9301)
Electro Stylus, 31 Cheyene Blvd., Colorado Springs, CO 80906 (719-633-5969)
Fire Mountain Gems, One Fire Mountain Way, Grants Pass, OR 97526-2373 (1-800-423-2319)
Indian Jewelers Supply, POB 1774, 601 E. Coal, Gallup, NM 87301 (1-800-545-6540)
Indian Jewelers Supply, 2015 San Mateo NE, Albuquerque, NM 87111
Legacy Designs(formerly TCD/Wilson's), PO Box 9895, Springfield MO 65801 (417-833-8071)
McMaster Carr, POB 740100, 6100 Fulton Industrial Blvd., Atlanta, GA 30336 (404-346-7000)
**New Era Gems, 14923 Rattlesnake Rd., Grass Valley, CA  95945, (1-800-522-2057/530-272-1334)**
New Orleans Jewelry Supply, 206 Chartres St., New Orleans, LA 70130 (504-523-3839)
Oriental Trading Company, P.O. Box 2308, Omaha, NE 68103-2308 (1-800-348-6483)
Rings & Things (RNTW), P.O. Box 450, Spokane, WA  99210-0450 (1-800-366-2156)
Rio Grande, 7500 Blue Water Rd., NW, Albuquerque, NM 87121 (1-800-545-6566)
Stuller, Inc. (SSI), P.O. Box 87777, Lafayette, LA 70598-7777 (1-800-877-7777)

## *MISCELLANEOUS*

Crafty's Featherworks, Inc., P.O. Box 370, 480 Pat Avenue, Overton, NV 89040 (1-888-286-8061)
**Crazy Crow Trading Post, P.O. Box 847, 1801 Airport Rd, Pottsboro, TX  75076 (1-800-786-6210)**
**Jann's Netcraft, 3350 Briarfield Blvd., Maumee, OH  43537 (1-800-NETCRAFT)**

## *SADDLE SUPPLY*

Bowden Saddle Tree Co., HC-12, Box 100,  8227 Doniphan Dr., Anthony, TX  79821 (1-800-451-3191)
Chick's Saddlery, P.O. Box 59, 18011 South DuPont Highway, Harrington, DE  19952 (1-800-444-2441)
Hadlock & Fox Mfg. Co., 10 Finnegan Rd., POB 1407, Del Rio, TX 78840 (1-800-274-6017)
Ralide, Inc., 1712 Congress Parkway, Athens, TN 37303 (1-800-367-6549)
Western Suppliers Wholesale Saddlery, POB 428, 8291 FM 2931, Aubrey, TX 76227 (1-800-656-3133)

## *SEWING SUPPLY/YARN*

Allbrands, 20415C Highland Road, Baton Rouge, LA 70817-7348 (225-408-7140, fax 225-408-7142)
American Needlewoman, 2946 S.E. Loop 820, Ft. Worth, TX 76140 (1-800-433-2231)
Atlanta Thread & Supply Co. 695 Red Oak Rd., Stockbridge, GA  30281-4369 (1-800-847-1001)
Buckeye Specialties, 2018 State Rd., POB 1087, Cuyahoga Fall, OH 44223 (330-928-7088)
Herrschner's, 2800 Hoover Rd., Stevens Point, WI 54481 (1-800-713-1239)
**Home Sew, P.O. Box 4099, 1825 W. Market St., Bethlehem, PA 18018 (1-800-344-4739)**
Johnny's Sewing Center, 4310 Commerce St., Rowlett, TX 75088 (972-475-9536)
Mary Maxim, 2001 Holland Ave., POB 5019, Port Huron, MI 48061-5019 (1-800-962-9504)
**Rick's Sewing Center (RSMC), 114 E. Lufkin Ave., Lufkin, TX  75907 (936-639-9487)**
Sailrite Enterprises, 4506 S. State Rd. 9-57, Churubusco, IN  46723-9606 (1-800-348-2769)
Singeronline.com, 176 North Main St., Oberlin, OH  44074 (phone 440-775-7500  fax 484-770-2816)
Singer Sewing Co., 1224 Heil Quaker Blvd., POB 7017, Lavergne, TN  37086 (1-800-4-SINGER)
Tippman Boss Sewing Machine Co., 3518 Adams Center Rd., Fort Wayne, IN 46806 (1-866-286-8046)
Wawak, 1059 Powers Rd., Conklin, NY  13748 (1-800-654-2235)

## *TAXIDERMY*

McKenzie Taxidermy Supply, POB 480, Granite Quarry, NC  28072 (1-800-279-7985)
Second to Nature (formerly Dan Chase), 13599 Blackwater Rd., Baker, LA 70714-6800 (1-800-535-8220)

## *TOOLS*

Bear Air, 20 Hampden Drive # 2R, S. Easton, MA 02375 (1-800-232-7247)
Colwood Electronics, 15 Meridian Rd., Eatontown, N.J. 07724-4225 (732-544-1119)

Eagle America, 2381 Philmont Ave., Ste. 107, Huntington Valley, PA 19006 (1-800-872-2511)
Enco (MSC), 5000 W. Bloomingdale Ave., Chicago, IL 60639-9981 (1-800-873-3626)
Grizzly Industrial, 1203 Lycoming Mall Circle, Muncy, PA 17756 (1-800-523-4777)
Grizzly Industrial, 1815 W. Battlefield, Springfield, MO 65807 (same number as above)
Grizzly Industrial, 1821 Valencia St., Bellingham, WA 98229 (same number as above)
Harbor Freight,3491 Mission Oaks Blvd.,POB 6010,Camarillo,CA 93011-6010 (1-800-444-3353)-no mail order
Harbor Freight, 224 Harbor Freight Rd., Dillon, SC 29536 (same number as above) (no mail orders)
Lee Valley & Veritas, P.O. Box 1780, Ogdenburg, NY 13669-6780 (1-800-267-8735)
Northern Tool & Equipment, 2800 Southcross Dr. West, Burnsville, MN 55306 (1-800-221-0516)
Tool Crib, 3002 Industrial Pkwy., Knoxville, TN 37921 (POB 52810, zip 37950) (865-525-6195)
United Mfrs. Supplies, Inc., 1701 Clint Moore Rd. Ste A, Boca Raton, FL 33487-2755 (561-994-0664)

### WOOD & WOOD CARVINGS

Acadian Cypress & Hardwood, #1 Industrial Parkway, Ponchatoula, LA 70454 (1-800-489-6079)
Beaver Dam Decoys, 4665 Township Rd 616, Fredericksburg, OH 44627 (330-674-4104)
Blanchard's Bldg. Materials, 22145 Hwy. 1, Plaquemine, LA 70764- delivers to Angola (225-687-6386)
Cherry Tree Toys, 2104 Beloit Ave., Janesville, WI 53546 (1-800-848-4363)
Christian J. Hummul Co., 422 Third St., POB 522, Nescopeck, PA 18635-0522 (1-800-762-0235)
Cook's Saw Manufacturing, 160 Ken Lane, Newton, AL 36352 (1-800-473-4804)
Craftparts.com, 4521 Anderson Blvd., Fort Worth, TX 76117 (phone 1-800-722-0311 fax 817-581-5235)
Craft Supplies, USA, 1287 East 1120 South., Provo, Utah 84606 (1-800-551-8876)
Cross Creek Lumber, P.O. Box 737, St. Francisville, LA 70775 (225) 655-4233
Curt's Waterfowl Corner, 4033 Country Drive, Bourg, LA 70343 (985-580-3014)
**Fontaine Lumber, 2600 Hospital Road, New Roads, LA 70760 (225-638-7618)**
Fred Netterville Lumber Co., P.O. Box 857, Woodville, MS 39669 (1-800-343-4577)
Hut Products, 4502 State Road J, Fulton, MO 65251-3404 (1-800-547-5461)
Industrial Abrasives, POB 14955, 1 Cardinal Pl., Reading, PA 19612 (610-376-4062)
Klingspor Sanding, POB 3737, 856 21st St. S.E., Hickory, NC 28602 (1-800-645-5555)
Lone Star Models, 13511 Greywood Dr., Sugarland, TX 77498 (fax only 281-494-4633)
Meisel Hardware, POB 70, Mound, MN 55365-0070 (1-800441-9870)
MLCS, POB 165, Huntingdon Valley, PA 19006-0165 (1-800-533-9298)
Model Expo, 3850 N. 29th Terrance, Ste. 106, Hollywood, FL 33020 (1-800-222-3876)
Mount Hope Woodcraft, 4665 Township Rd. 616, Fredericksburg, OH 44627 (330-674-4104)
Packard Woodworks, Inc., P.O. Box 718, 215 S. Trade St., Tryon, NC 28782 (1-800-683-8876)
Pat's Hardware Store, POB 488, St. Francisville, LA 70775- delivers to Angola
Penn State Industries, 9900 Global Rd. Philadelphia, PA 19115 (1-800-377-7297)
Quality Carving Supplies, 28 Riverfront Dr., Venice, FL 34293 (1-800-394-4008)
Research Mannikins, POB 315, 315 W. Sherman, Lebanon, OR 97355-2628 (541-451-1538)
Rockler Woodworking & Hardware, 4365 Willow Drive, Medina, MN 55340-9701 (1-800-279-4441)
Scroller, 8350 Silver Lake Rd., Linden, MI 48451 (1-800-486-6053)
Stiller Carving Patterns, 155 Superior St., Omro, WI 54963-1468 (920-685-2938)
Steve Wall Lumber Co., 7800 N.C. Hwy. 135, POB 287, Mayodan, NC 27027 (1-800-633-4062)
Sugar Pine, POB 315, 315 W. Sherman, Lebanon, OR 97355-2628 (541-451-1538)
The Winfield Collection, 3150 Owen Road, Fenton, MI 48430 (1-800-946-3435)
The Wooden Teddy Bear, Inc., POB 33917, Portland, OR 97292-3917 (phone 1-888-762-9149 fax 503-761-2674)
Thick & Thin Lumber Co. (formerly BE Honeycutt), P.O. Box 176, Angola, LA 70712
Tower Hobbies, P.O. Box 9078, Champaign, IL 61826-9078 (1-800-637-6050)
Toys & Joys, Inc., Box 628, Lynden, WA 98264 (360-354-3448)
Van Dyke's, 1801 Van Dyke Dr., Mitchell, SD 57301 (1-800-237-8833)
Wood-mizer Products, Inc., 8180 West 10th St., Indianapolis, IN 46214-2400 (1-800-553-0182)
Wildwood Designs, 2104 Beloit Ave., Janesville, WI 53546 (1-800-470-9090)
Wood Carvers Supply, Inc., P.O. Box 7500, Englewood, FL 34295-7500 (1-800-284-6229)
Woodcraft, POB 1686, 560 Airport Industrial Park, Parkerburg, WV 26102-1686 (1-800-225-1153)
Woodworkers Supply, 1108 North Glenn Rd., Casper, WY 82601 (1-800-645-9292)

Penitentiary Directive 09.036

# HOBBYSHOP AGREEMENT

Hobbyshop Box Owner Housing Assignment_____

Hobbyshop Box Helper Housing Assignment_____

Hobbyshop Assignment Area: _____

Hobbyshop Box Number Assigned_____

I, _____, DOC#_____, do hereby acknowledge my responsibilities as a Hobbyshop participant; and that failure to comply with the polices listed below could result in the loss of my Hobbyshop privileges. I, hereby agree to the following:

1. All tools MUST be properly inventoried. This includes documenting tool quantity changes on the proper "Hobbyshop Addition/Deletion" Form
2. All Flammable, Toxic or Caustic (F.T.C) liquid containers MUST be clearly labeled and listed on my inventory regardless of size. Amount (Full, Half or Empty) MUST be clearly indicated.
3. All F.T.C substance records will be kept on a running inventory. This inventory will be accurate on any given day. Amount (Full, Half or Empty) MUST be clearly indicated.
4. All F.T.C and Non-Flammable substances MUST be clearly labeled as to the substance in the container and labels MUST include my name, DOC#, hobbyshop Box #, and MSDS page number.
5. F.T.C cabinets will be kept clean and well organized.
6. At no time are offender allowed to have F.T.Cs inside their hobbyshop boxes regardless of whether the F.T.Cs have been checked in or out. F.T.Cs MUST be properly stored inside the F.T.C cabinet when not in use.
7. Clothing, paper bags, cosmetics, hygiene items, canteen items and/or any other items not clearly a hobbycraft material will not be allowed inside any hobbyshop box. These boxes are for hobbycraft only, NOT for personal storage. Only clearly labeled coffee, sugar and creamer will be allowed.
8. Even though water solvents solutions have been approved to be kept in my hobbyshop box, these must still be clearly labeled as to the substance in the container, my name, DOC#, hobbyshop box# and MSDS page number clearly marked.
9. Another offender's tools may NOT be in my hobbyshop box, nor are my tools allowed in any other box than my own. Violations of this will result in the loss of both boxes.
10. All tool sets and/or tools of the same type should be placed together for inventory purposes.

NOTE: By virtue of my signature appearing below, I acknowledge and agree to all above.

_____          _____
Hobbyshop box owner name & DOC(print)          Owner's signature

_____          _____
Hobbyshop box helper name & DOC(print)          Helper's signature

_____          _____
Verifying Officer Name and Title          Verifying officer signature

Penitentiary Directive 09.036

# HOBBYSHOP HOLD HARMLESS

Hobbyshop Box Owner Housing Assignment_____

Hobbyshop Box Helper Housing Assignment_____

Hobbyshop Assignment Area: _____

Hobbyshop Box Number Assigned_____

I, _____, DOC#_____, do hereby attest, as is verified by my signature below, that I am aware and understand this form allows me access to the hobbyshop area to which I am assigned, and that there will be times when no security officer will be present therein.

I agree, as verified by my signature below, that I accept full responsibility and will not hold any security officers, institutional officers, staff or agents of the Department of Corrections or the State of Louisiana responsible for any mishaps, accidents or problems which could arise while I am in my assigned hobbyshop.

I agree, as verified by my signature below, that I release the Department of Public Safety and Corrections and any and all employees and agents of said Department, from any and all liability for possible injuries which I may sustain while in hobbyshop areas which I am assigned whether through my own negligence or otherwise.

NOTE: By virtue of my signature appearing below, I acknowledge and agree to all above.

_____          _____
Hobbyshop box owner name & DOC(print)          Owner's signature

_____          _____
Verifying Officer Name and Title          Verifying officer signature

_____
Date approved

Penitentiary Directive No. 09.036

### LOUISIANA STATE PENITENTIARY
## ACKNOWLEDGEMENT OF LIABILITY

| Inmate's Name: | DOC #: | Housing Assignment: |
|---|---|---|
| | | |

I, _____ , understand and acknowledge that in
(printed name)

accordance with  Penitentiary Directive No. 09.036,  Hobbyshop  Operations,  liability for  lost  hobbyshop

items will be subject to a replacement value of $50.00 per item and a maximum amount of $250.00.

| Inmate's Signature: | DOC #: | Date: |
|---|---|---|
| | | |

| Witnessed by: | Title: | Date: |
|---|---|---|
| | | |
| Witnessed by: | Title: | Date: |
| | | |

LSP-09.036-C
November 1, 2010

LOUISIANA STATE PENITENTIARY
# INITIAL HOBBYSHOP ORIENTATION AND SAFETY TRAINING

| SUPERVISOR: | DEPARTMENT/SHOP: | DATE: |
|---|---|---|
| | | |

| Offender's Name: | DOC # | Housing Assignment: |
|---|---|---|
| | | Job Assignment: |

| Hobbyshop Assignment Area: | Hobbyshop Box # Assigned: | ☐ Owner   ☐ Helper |
|---|---|---|
| | | |

Upon assignment to a job or detail, each offender will receive Initial Job Orientation and Safety Training by his supervisor concerning safe work methods. The training shall include demonstrations of safety features in their department, and their practices. Workers will be trained to recognize the hazards involved in the workplace, to understand the protective devices and clothing that is provided, and to report any deficiencies to their supervisor.

## TOPICS OF DISCUSSION

**FIRE SAFETY:** Discuss evacuation plans and procedures, location of exits, fire equipment available, sounding of the alarm, assembly areas, and smoking areas and regulations.

OFFENDER'S INITIALS: _____     STAFF INITIALS: _____

**SHOP SAFETY:** Warning signs, basic safety rules, personal protective equipment, safe work habits and techniques, accident reporting procedures, hazard recognition in the hobbyshop, and deficiency reporting procedures.

OFFENDER'S INITIALS: _____     STAFF INITIALS: _____

**EQUIPMENT TRAINING:** Safe operation of specific tools, machinery and equipment, utilization of specific equipment safety guards, and standardized tool and equipment safety.

| Specific Equipment | Date | Offender's Initials | Staff Initials |
|---|---|---|---|
| Table Saw | | | |
| Router | | | |
| Jig Saw | | | |
| Planer | | | |
| Band Saw | | | |
| Lathe | | | |
| Kiln | | | |
| Belt Sander | | | |

LSP-09.036-C

| Specific Equipment | Date | Offender's Initials | Staff Initials |
|---|---|---|---|
| Flammable, Toxic and Caustic Materials | _____ | _____ | _____ |
| Rotary Tools | _____ | _____ | _____ |
| Cutting Implements | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**HAZARDOUS MATERIALS COMMUNICATION:** How to read Material Safety Data Sheets (MSDS), MSDS locations, proper handling and storage procedures, hazardous material identification, proper labeling procedures/requirements.

OFFENDER'S INITIALS: _____    STAFF INITIALS: _____

I, the undersigned offender, have received my Initial Hobbyshop Orientation and Safety Training required for my hobbyshop.

| Offender's Printed Name | DOC #: | Date: |
|---|---|---|
| Offender's Signature: | | |

| Correctional Officer's Printed Name: | Title: | Date: |
|---|---|---|
| Correctional Officer's Signature: | | |

## HOBBYSHOP TOOL INVENTORY - MONTHLY - QUARTERLY (Circle One)

OFFENDER: _____    DOC#: _____    HOUSING ASSIGNMENT: _____

HOBBYSHOP: _____    HOBBYSHOP BOX #: _____    DATE OF INVENTORY: _____

| ITEMS | QTY | ITEMS | QTY | ITEMS | QTY |
|---|---|---|---|---|---|
| ADJUSTABLE CREASER | | JEWLERY SAW | | ROUTER | |
| AIR BLOW GUN | | JEWLERY SAW BLADES | | ROUTER BITS | |
| AIR BRUSH | | JIG SAW | | RULER, METAL | |
| AIR COMPRESSOR | | JIG SAW BLADES | | RULER, PLASTIC | |
| AIR HOSE | | KILN | | RULER, WOODEN | |
| AIR REGULATOR | | LACEMAKER | | SANDING DISC | |
| AIR REGULATOR FILTER | | LACEMAKER BLADES | | SANDING DRUM | |
| ALLEN WRENCHES | | LACING FID | | SCISSORS | |
| ANVILS | | LACING PUNCH | | SCREWDRIVER | |
| ARBOR | | LATIGO NEEDLES | | SCRIBE | |
| AWL | | LEATHER CHISEL/TONG | | SCROLL SAW | |
| BRACELET BENDER | | LEATHERCRAFT 3-D TOOLS | | SCROLL SAW BLADES | |
| BUCKLE BACK PRESS | | LEATHERCRAFT ALPHABET STAMPS | | SEAM RIPPER | |
| CEMENT JARS | | LEATHERCRAFT TOOLS | | SEWING MACHINE | |
| CIRCLE CUTTER | | LEVEL | | SKIVING KNIFE | |
| CLAMPS, BAR | | LIGHT | | SKIVING KNIFE BLADES | |
| CLAMPS, C-CLAMPS | | MAGNIFIER GLASS (LOUPE) | | SNAP ALL TOOLS | |
| CLAMPS, PIPE CLAMPS | | MALLETS, POLYMER | | SOLDERING IRON | |
| CLAMPS, QUICK GRIP | | MALLETS, RAWHIDE | | SPINDLE, SANDING | |
| CLAMPS, SPRING | | MALLETS, WOODEN | | SPINDLE, TAPERED | |
| CLAMPS, VISE GRIP | | MAT CUTTER | | SQUARE, METAL | |
| COMPASS, CIRCLE | | MAT CUTTER BLADES | | SQUARE, PLASTIC | |
| COPING SAW | | MAXI PUNCH | | SQUARE, WOODEN | |
| COPING SAW BLADES | | METAL TOOLING TOOLS | | STITCHING AWL | |
| CUTTING PLATE | | MINI BENCH GRINDER | | STRAP CUTTER | |
| DRILL BITS | | MINI PUNCHES | | STRAP CUTTER BLADES | |
| DRILL CHUCK | | MODELING SPOONS | | STYLUS | |
| DRILL CHUCK KEY | | MOTOR, ELECTRIC | | SWIVEL KNIFE | |
| DRILL, HAND HELD DRILL | | NAIL SETTER | | SWIVEL KNIFE BLADES | |
| DRILL, ELECTRIC DRILL | | NAIL SNIPS | | TAPE MEASURES | |
| EDGE SLICKER | | OVERSTITCH TOOL | | TOOL RACK | |
| EDGER | | OPTI VISOR | | TOOLING BLOCK | |
| EMBROIDER NEEDLES | | PAINT BRUSHES | | TOOLING PLATE | |
| ENGRAVER | | PALM SANDER | | TRACING WHEEL | |
| EXACTO KNIFE | | PANTOGRAPH | | V-GOUGE | |
| EXACTO KNIFE BLADES | | PENCIL SHARPNER | | VICE | |
| EXTENSION CORDS | | PLANER | | WEIGHT SCALE | |
| FILES | | PLANER BLADES | | WING DIVIDERS | |
| FLEX SHAFT | | PLIERS, GROOVE JOINT | | WOOD BURNER | |
| FLEX SHAFT BITS | | PLIERS, NEEDLE NOSE | | WOOD BURNER HANDLE | |
| FLEX SHAFT HANDPIECE | | PLIERS, VISE GRIP | | WOOD BURNER TIPS | |
| FOOT CONTROL | | PRO PETAL | | WOOD CARVING CHIESELS | |
| FRAM STRAP | | PUNCH, OBLONG PUNCH | | WRENCHES | |
| FRENCH CURVE | | PUNCH, ROTARY PUNCH | | | |
| GLASS CUTTER | | PUNCH, BINDING HOLE PUNCH | | | |
| GLUE GUN | | RATCHET TIEDOWN | | | |
| GROOVER | | RING CLAMP | | | |
| HAMMER, METAL | | RING MANDREL | | | |
| HEAT GUN | | ROTARY CUTTER | | | |
| HEFTY HANDLE | | ROTARY CUTTER BLADES | | | |

OFFENDER: _____    Officer: _____

cc:  Hobbyshop Officer (Original)      Offender (Yellow)      A.C.A. Office (Pink)                    Rev 06/01/07

LSP-09.036-B
November 1, 2010

### LOUISIANA STATE PENITENTIARY
## FLAMMABLE, TOXIC, AND CAUSTIC
## HOBBYSHOP CONTROL ISSUE LOG

| Offender's Name: | DOC #: | Housing Assignment: |
|---|---|---|
| Hobbyshop Assignment Area: | Hobbyshop Box # Assigned: | ☐ Owner   ☐ Helper |

## ITEM: _____

| DATE | AMOUNT ISSUED | TIME ISSUED | ISSUED BY | AMOUNT RETURNED OR ADDED TO INVENTORY | TIME RETURNED OR ADDED | RETURNED OR ADDED BY | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | ENDING BALANCE | | | | |